# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re<br><br>**8281 VENTURES, LLC**<br><br>    Debtor | Bankruptcy Case:  14-29538-NVA<br><br>Chapter 11 |

### ORDER CONVERTING CASE FROM CHAPTER 11 TO CHAPTER 7

Upon consideration of the U.S. Trustee's Motion to Convert to Chapter 7 or Dismiss, or For Appointment of a Trustee, any responses thereto, after notice and an opportunity for hearing, the Court being satisfied that good cause exists and that conversion of this case to a case under Chapter 7 is in the best interests of creditors, it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the above-captioned case under Chapter 11 is hereby converted to a case under Chapter 7 of the Bankruptcy Code; and it is further

- 2 -

**ORDERED**, that Debtor(s) shall, within thirty days (30) days after the entry of this order, file a final report and account as required by Bankruptcy Rule 1019(5).

cc:   Hugh M. Bernstein
   Christopher Millard
   All Creditors

**[End of Order]**