# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re<br><br>**8281 VENTURES, LLC**<br><br>Debtor(s) | Bankruptcy Case: 14-29538-NVA<br><br>Chapter 11 |

### ORDER DISMISSING CHAPTER 11 CASE
### AND NOTICE THAT AUTOMATIC STAY IS TERMINATED

Upon consideration of the U.S. Trustee's Motion to Convert to Chapter 7, to Dismiss, or for Appointment of a Trustee, or any responses thereto, after notice and a hearing, it appearing that cause exists for this case to be dismissed pursuant to 11 U.S.C. § 1112(b), and that dismissal is in the best interests of creditors and the estate, it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the above-captioned Chapter 11 case be and hereby is dismissed; and

- 2 -

**ALL PARTIES ARE HEREBY NOTIFIED**, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

cc:   Hugh M. Bernstein
       Christopher Millard
       All Creditors

**[End of Order]**