# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re<br><br>**8281 VENTURES, LLC**<br><br>Debtor(s) | Bankruptcy Case: 14-29538-NVA<br><br>Chapter 11 |

### ORDER DIRECTING APPOINTMENT OF A CHAPTER 11 TRUSTEE

Upon consideration of the U.S. Trustee's Motion to Convert to Chapter 7, to Dismiss, or for Appointment of a Trustee, any responses thereto, after notice and a hearing, it appearing that cause exists for this case to be dismissed pursuant to 11 U.S.C.

3

§ 1112(b), and that appointment of a Chapter 11 Trustee is in the best interests of creditors and the estate, it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Motion is hereby **GRANTED**; and it is further

**ORDERED**, that the United States Trustee is directed to appoint a Chapter 11 trustee in this case.


cc: Hugh M. Bernstein
     Christopher Millard
     All Creditors

**[End of Order]**